WUESTHOFF, Respondent, vs. DEPARTMENT OF TAXATION, Appellant.
POST, Respondent, vs. SAME, Appellant.
RIEDEBURG, Respondent, vs. SAME, Appellant.

*February 4—March 4, 1952.*

For the appellant there were briefs by the *Attorney General* and *Harold H. Persons* and *E. Weston Wood,* assistant attorneys general, and *Neil Conway,* inheritance tax counsel, and oral argument by *Mr. Persons, Mr. Conway,* and *Mr. Wood.*

For the respondents there was a brief by *Lines, Spooner & Quarles,* attorneys, and *Louis Quarles, Maxwell H. Herriott,* and *Richard R. Teschner* of counsel, all of Milwaukee, and oral argument by *Mr. Herriott* and *Mr. Teschner.*

MARTIN, J. These cases arise out of the transaction involved in case No. 136 and the questions involved are the

same as presented there. They are therefore ruled by that decision, *Wuesthoff v. Department of Taxation,* ante, p. 98, 52 N. W. 131.

*By the Court.*—Judgment affirmed in each case.